# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE,**
**FASSETT & AZZARELLO, LLP**
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
**Attorneys for Defendant Atif Malik**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Honorable Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | |
| v. | Criminal No. 11-130 |
| **ATIF MALIK,** | **ORDER EXTENDING** |
| Defendant. | **VOLUNTARY SURRENDER DATE** |

**THIS MATTER** having come before the Court upon the application of the Defendant, Atif Malik, by his attorneys, Arseneault, Whipple, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order extending Defendant's voluntary surrender date, and the United States (Dennis C. Carletta, Esq., Assistant United States Attorney, appearing) having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this ___7___ day of ___December___, 2011 HEREBY ORDERED that the Defendant Atif Malik's voluntary surrender date has been extended and he shall surrender for service of his sentence on **January 9, 2012** at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

_____
**HONORABLE STANLEY R. CHESLER**
**United States District Court Judge**

**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: _____
DENNIS C. CARLETTA, ESQ.
Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant Atif Malik

By: _____
John C. Whipple, Esq.

# ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP

JACK ARSENEAULT
JOHN C. WHIPPLE*
DAVID W. FASSETT
JOHN A. AZZARELLO⁺•

ATTORNEYS AT LAW

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@awfa-law.com

THOMAS M. LENNEY⁺⁺
ADALGIZA A. NUÑEZ
JOHN J. ROBERTS*

+ALSO ADMITTED IN NEW YORK
++ALSO ADMITTED IN MICHIGAN
•ALSO ADMITTED IN WASHINGTON, DC

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

November 29, 2011

**VIA FEDERAL EXPRESS**

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court, District of New Jersey
F.R. Lautenberg U.S. P.O. & Courthouse, Room 417
50 Walnut Street
Newark, New Jersey 07102

> Re: **United States v. Atif Malik**
> **No. 11-cr-00130 (SRC)**
> **Order Extending Voluntary Surrender Date**

Dear Judge Chesler:

    I represent the Defendant Atif Malik in the above referenced matter. He is presently scheduled to surrender for his sentence December 8, 2011.

    I enclose for Your Honor's consideration, a Consent Order which would extend Mr. Malik's surrender date to January 9, 2012. The Government has consent to this extension. Mr. Malik is in the process of opening a small retail business which he hopes will generate income for his family while he is incarcerated. He needs an additional few weeks to accomplish this new business venture. In addition, Mr. Malik's father is pending sentencing before the Honorable Anne E. Thompson, United States District Judge, in Trenton, New Jersey. Depending upon his father's sentence, the Malik family will have to plan for and coordinate their various financial and personal affairs in the event that both father and son are incarcerated.

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
ATTORNEYS AT LAW

Honorable Stanley R. Chesler, U.S.D.J.
Re: <u>United States v. Atif Malik</u>
    No. 11-cr-00130 (SRC)
**Order Extending Voluntary Surrender Date**
November 29, 2011
Page 2

      For the reasons expressed herein, we respectfully request that Your Honor grant the Defendant's application to extend his voluntary surrender date to January 9, 2012. Thank you for your attention to this matter.

                          Respectfully yours,

                          **ARSENEAULT, WHIPPLE,
                          FASSETT & AZZARELLO, LLP**

                          By: *[signature]*
                              John C. Whipple

JCW:dn
Enclosure
cc:    Dennis C. Carletta, Esq., AUSA (w/enclosure) (Via E-Mail)
       Marybeth Wohl, US Probation Office (w/enclosure) (Via E-Mail)
       Erika DiPalma, US Pretrial Services Officer (w/enclosure) (Via E-Mail)