UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant Atif Malik

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Honorable Stanley R. Chesler, U.S.D.J. |
| v. | |
| ATIF MALIK, | Criminal No. 11-130 |
| | ORDER EXTENDING |
| Defendant. | VOLUNTARY SURRENDER DATE |

**THIS MATTER** having come before the Court upon the application of the Defendant, Atif Malik, by his attorneys, Arseneault, Whipple, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order extending Defendant's voluntary surrender date, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this \_\_6\_\_ day of \_\_2012\_\_, 2012 **HEREBY ORDERED** that the Defendant Atif Malik's voluntary surrender date has been extended and he shall surrender for service of his sentence on **February 9, 2012** at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

_____
**HONORABLE STANLEY R. CHESLER**
**United States District Court Judge**